IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              CASE NO. 4:17-CR-00153-BSM-01

CLAYTON COBY MARTINEZ                                                                  DEFENDANT

## ORDER

Clayton Martinez's motion to reduce sentence [Doc. No. 85] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1.10(a)(2). Martinez's status as an Armed Career Criminal keeps his criminal history category at level VI. Additionally, Martinez's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 81 at 3. Martinez knowingly and voluntarily entered into his plea agreement, so he is not entitled to relief. *See United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (per curiam) (affirming dismissal of a § 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 4th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE